IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:17cr117 LG-RHW

ARIZONA PARDEN  18 U.S.C. § 658
  18 U.S.C. § 1001

**The Grand Jury charges:**

COUNT 1

On or between November 16 and November 26, 2012, in Pearl River County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ARIZONA PARDEN**, with intent to defraud, did knowingly conceal, remove, dispose of, and convert to his own use or that of another, property, that is, certain crops, namely soybeans, having a value of more than a thousand dollars, which had been mortgaged and pledged to the Secretary of Agriculture acting through the Farm Service Agency (FSA), formerly, the Farmers Home Administration, all in violation of Section 658, Title 18, United States Code.

COUNT 2

On or about December 17, 2012, in Pearl River County in the Southern Division of the Southern District of Mississippi, and elsewhere, in a matter within the jurisdiction of the United States Department of Agriculture, an agency of the United States, the defendant, **ARIZONA PARDEN**, aided and abetted by others known and unknown to the Grand Jury, knowingly and willfully made or caused to be made a false and fraudulent material statement or representation, in that the defendant, **ARIZONA PARDEN**, represented to the Farm Service Agency (FSA) that all

mortgaged crops were in storage, when, in truth and in fact, the defendant, **ARIZONA PARDEN**, already sold crops that were mortgaged to FSA, in violation of Sections 1001, and 2, Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code and Section 2461, Title 28, United States Code.

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

_s/signature redacted_
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 18th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

2